| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**NOMINATION FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Limbaugh, Jr., Stephen N | 2. Court or Organization<br><br>Eastern District of Missouri | 3. Date of Report<br><br>12/11/2007 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Nominee | 5a. Report Type (check appropriate type)<br><br>☒ Nomination,      Date 12/06/2007<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>1/1/2006<br>to<br>12/11/2007 |
| 7. Chambers or Office Address<br><br>Supreme Court of Missouri<br>P. O. Box 150<br>Jefferson City, MO 65102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Judge | Supreme Court of Missouri |
| 2. Trustee and first vice president | State Historical Society of Missouri |
| 3. Trustee | William Woods University |
| 4. Director | Rainbow Network, Springfield, MO |
| 5. Director | Great Rivers Council, Boy Scouts of America |
| 6. Director | Friends of the Missouri State Archives |
| 7. Director | Southeast Missouri Symphony Advisory Board |
| 8. Director | Southeast Missouri State University Friends of the Arts Advisory Board |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 1987-date | State of Missouri Deferred Compensation Plan |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., Stephen N | 12/11/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | State of Missouri, salary | $ 123,000 |
| 2. 2006 | State of Missouri, salary | $ 123,000 |
| 3. 2007 | State of Missouri, salary | $ 121,917 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | A.G. Edwards & Sons, Inc., salary |
| 2. 2007 | A.G. Edwards & Sons, Inc., salary |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Exempt | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Central Bank, Jefferson City, MO | line of credit loan | None |
| 2. Montgomery Bank, Cape Girardeau, MO | line of credit loan | None |
| 3. American Express | credit card | None |
| 4. Citibank | credit card | None |
| 5. Bank of America (formerlhy MBNA) | credit card | None |
| 6. Neiman Marcus | credit card | None |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., Stephen N | 12/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. State of Mo Deferred Comp. Plan 457 & 401A State Match - SNL | | | | | Exempt | | | | |
| 2. -American Century Growth Fund | none | | L | T | | | | | |
| 3. -American Century Ultra Fund | none | | K | T | | | | | |
| 4. -Fidelity Contra Fund | none | | L | T | | | | | |
| 5. -SEI Index Fund | C | Dividend | L | T | | | | | |
| 6. -ING Stable Income Fund | C | Dividend | M | T | | | | | |
| 7. IRA Account - SNL | | | | | | | | | |
| 8. -AGE Bank Deposit Program (money market) | A | Interest | | | | | | | |
| 9. -U.S. Treasury Zero Coupon Bonds | A | Interest | J | T | | | | | |
| 10. -Align Technolog, Inc. | none | | J | T | | | | | |
| 11. -American Express Co. | A | Dividend | J | T | | | | | |
| 12. -Amgen, Inc. | none | | J | T | | | | | |
| 13. -Canadian Natural Resources LTD | A | Dividend | J | T | | | | | |
| 14. -Clear Channel Communications | A | Dividend | J | T | | | | | |
| 15. -Walt Disney Co. | A | Dividend | J | T | | | | | |
| 16. -State Street Corp. | A | Dividend | J | T | | | | | |
| 17. -Suncor Energy, Inc. | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000

F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000

N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000

P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market

U =Book Value    V =Other    W =Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 5 of 11

Name of Person Reporting

Limbaugh, Jr., Stephen N

Date of Report

12/11/2007

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g, buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Capital World Growth & Income Fund | B | Dividend | K | T | | | | | |
| 19. -Euro Pacific Growth Fund | B | Dividend | K | T | | | | | |
| 20. -Investment Co. of America | B | Dividend | J | T | | | | | |
| 21. -Smallcap World Fund, Inc. | A | Dividend | J | T | | | | | |
| 22. -Fidelity Hanover STR | A | Dividend | | | | | | | |
| 23. -Aim Constellation Fund | A | Dividend | | | | | | | |
| 24. -Aim Premier Equity Fund | A | Dividend | | | | | | | |
| 25. -Alliance Mgr. Series RCM | A | Dividend | | | | | | | |
| 26. -Ameriprice Financial Common | A | Dividend | | | | | | | |
| 27. Brokerage Account #1 MML | | | | | | | | | |
| 28. - AXP | A | Dividend | K | T | | | | | |
| 29. - AMP | A | Dividend | J | T | | | | | |
| 30. - AMGN | A | Dividend | J | T | | | | | |
| 31. - GE | A | Dividend | K | T | | | | | |
| 32. - MHS | A | Dividend | J | T | | | | | |
| 33. - MRK | A | Dividend | K | T | | | | | |
| 34. - WB (formerly AGE) | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Bank Deposit Program | A | Interest | N | T | | | | | |
| 36. - AGE (now WB) | B | Dividend | | | | | | | |
| 37. Brokerage IRA - MML | | | | | | | | | |
| 38. - Alliance Bernstein Int'l Value | A | Dividend | J | T | | | | | |
| 39. - Allianz NFJ Small Cap Value | A | Dividend | J | T | | | | | |
| 40. - American Century Vista Adv. | A | Dividend | J | T | | | | | |
| 41. - Blackrock Mid Cap Value A | A | Dividend | J | T | | | | | |
| 42. - Columbia Marsico Focused Fed A | A | Dividend | J | T | | | | | |
| 43. -American Funds Euro Pacific Growth F | A | Distribution | J | T | | | | | |
| 44. -American Funds Fundamental Investors F | A | Dividend | J | T | | | | | |
| 45. -Growth Fd Amer Fd F | A | Dividend | J | T | | | | | |
| 46. -Hartford Mut. Fund Mid Cap A | A | Dividend | J | T | | | | | |
| 47. -Hotchkis & Wiley Mid Cap Value A | A | Dividend | J | T | | | | | |
| 48. -American Funds New Economy F | A | Dividend | J | T | | | | | |
| 49. -American Funds New World Fd F | A | Dividend | J | T | | | | | |
| 50. -American Funds Small Cap World F | A | Dividend | J | T | | | | | |
| 51. -Van Kampen Comstock A | A | Dividend | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
U =Book Value    W =Estimated

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -American Funds Washington Mutual F | A | Dividend | J | T | | | | | |
| 53. -Centennial Money Market Funds | B | Dividend | | | | | | | |
| 54. -Citigroup, Inc. common stock | A | Dividend | | | | | | | |
| 55. -CBH | A | Dividend | | | | | | | |
| 56. -DIS | A | Dividend | | | | | | | |
| 57. -FAST | A | Dividend | | | | | | | |
| 58. -DX | A | Dividend | | | | | | | |
| 59. -GE | A | Dividend | | | | | | | |
| 60. -ITW | A | Dividend | | | | | | | |
| 61. -LOW | A | Dividend | | | | | | | |
| 62. -MXIM | A | Dividend | | | | | | | |
| 63. -MSFT | A | Dividend | | | | | | | |
| 64. -MS | A | Dividend | | | | | | | |
| 65. -NKE | A | Dividend | | | | | | | |
| 66. -PAYX | A | Dividend | | | | | | | |
| 67. -PG | A | Dividend | | | | | | | |
| 68. -QCOM | A | Dividend | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Column B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., Stephen N | 12/11/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -SLM Corp. common stock | A | Dividend | | | | | | | |
| 70. -SAP Aktiengesellschaft common stock | A | Dividend | | | | | | | |
| 71. -TGT | A | Dividend | | | | | | | |
| 72. -UPS | A | Dividend | | | | | | | |
| 73. -UNH | A | Dividend | | | | | | | |
| 74. -WAG | A | Dividend | | | | | | | |
| 75. -WFMI | A | Dividend | | | | | | | |
| 76. -XLNX | A | Dividend | | | | | | | |
| 77. -INTC | A | Dividend | | | | | | | |
| 78. -MDT | A | Dividend | | | | | | | |
| 79. -PEP | A | Dividend | | | | | | | |
| 80. -SPLS | A | Dividend | | | | | | | |
| 81. -TEVA | A | Dividend | | | | | | | |
| 82. 401K / PSP - MML | | | | | | | | | |
| 83. -American Funds - Euro Pacific Growth Fund | D | Dividend | M | T | | | | | |
| 84. -American Funds - Investment Co. America | F | Dividend | N | T | | | | | |
| 85. -American Funds - New Economy Fund | A | Dividend | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. –American Funds - Small Cap World Fund | A | Dividend | L | T | | | | | |
| 87. –American Funds - Washington Mutual | C | Dividend | L | T | | | | | |
| 88. –American Funds - Growth Fund America | C | Dividend | L | T | | | | | |
| 89. –Centennial Money Market Fund | B | Dividend | O | T | | | | | |
| 90. –American Funds - New World Fund | A | Dividend | K | T | | | | | |
| 91. –Wachovia common stock | C | Dividend | M | T | | | | | |
| 92. –Treasury Zero Coupon Bond | C | Interest | K | T | | | | | |
| 93. Met Life Group Variable Universal Life | A | Interest | J | T | | | | | |
| 94. N.Y. Life Whole Life | A | Interest | | | | | | | |
| 95. 1/7 Interest in River Bend Inv., LLC (see note 2-Part VIII) | none | | M | Q | | | | | |
| 96. Limbaugh Lands, Inc. (see note 3 - Part VIII) | none | | J | U | | | | | |
| 97. Bank of America checking | A | Interest | J | T | | | | | |
| 98. Excess Profit Sharing deferred comp. plan | | | | | | | | | |
| 99. –Oppenheimer Centennial Money Market Trust | E | Dividend | M | T | | | | | |
| 100. Wachovia stock options | none | | L | T | | | | | |
| 101. Restricted Wachovia common stock | none | | L | T | | | | | |
| 102. Wachovia common stock | none | | L | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    S =Assessment
U =Book Value    V =Other    W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII - lines 1-6:
Only income from 6-1-07 to date is reported for the five Plan investments. The institutional manager for the State of Missouri Deferred Compensation Plan changed 6-1-07, and income reports for the period 1-1-06 through 5-31-07 are currently inavailable. They will be provided later.

Part VII, line 95:
The sole asset of River Bend Investment LLC i s a rehabbed 11-unit neighborhood apartment building in Cape Girardeau, Mo.

Part VII, line 96:
I own a small part - forty shares - of Limbaugh Lands, Inc., the Limbaugh Family homestead farm in Bollinger County, Mo.

Part VII, lines 100-102:
Wachovia Bank recently acquired my wife's employer, A.G. Edwards, and she now holds stock options and vested and non-vested restricted Wachovia stock. The non-vested restricted stock is not reported.

---

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date  12-11-07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 287 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 237 | 000 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | 4 | 000 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned-add schedule | | 500 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 600 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Retirement accounts | 2 | 645 | 000 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | | 0 |
| | | | | Net Worth | 4 | 273 | 000 |
| Total Assets | 4 | 273 | 000 | Total liabilities and net worth | 4 | 273 | 000 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 350 | 000 | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |